**Opinion issued December 12, 2023**



In The

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00327-CV**

———————————

**CARRIE MITCHELL, Appellant**

**V.**

**HOBBY AIRPORT, METROPOLITAN TRANSIT AUTHORITY, FIESTA,
PRECINCT 4 AND PRECINCT 7, Appellees**

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Case No. 2021-48825**

---

## MEMORANDUM OPINION

Appellant's brief was due to be filed on September 11, 2023. On September 22, 2023, the Court issued a notice that the appeal might be dismissed unless appellant filed a motion for extension of time within 10 days. Appellant filed a number of letters, a few of which referenced her statement of inability to afford court

costs on appeal and her request for an attorney, but appellant did not file a brief or a motion for extension of time to file her brief.

Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.